ANGELA M. MALTESE, as Assignee of COLONIAL LUMBER & TIMBER Co., Respondent, v. ANTHONY HANNA, Appellant.— Judgment and orders unanimously

reversed, with costs, and the motion for summary judgment denied. Defendant's answer and papers in opposition to the motion present a question of fact with respect to alleged fraud and deceit in the sale of the lumber which was the consideration for the note sued upon. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.